F. E. Williams and J. R. Williams, Plaintiffs in Error, vs. Ferdinand Bayer and Robert E. Davis as special partners under the name and style of Ferdinand Bayer and Robert E. Davis, Defendants in Error.

Writ of error to Circuit Court, Alachua county; Willam A. Hocker, Judge.

W. C. Jackson and Evans Haile, for Plaintiffs in Error.

No appearance for Defendants in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error.

Writ of error dismissed on praecipe of counsel for plaintiffs in error.